### Petition for Reinstatement from Inactive Status.

### No. 62 DB 2000.

Supreme Court of Pennsylvania.

Oct. 30, 2000.

### ORDER

PER CURIAM:

AND NOW, this 30th day of October, 2000, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated September 28, 2000, are approved and IT IS ORDERED that JOHN PATRICK QUIRKE, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The ex-

penses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Peter Jacob BELOTT, Jr., Respondent.

### No. 624 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 30, 2000.

### ORDER

PER CURIAM:

AND NOW, this 30th day of October, 2000, upon consideration of the recommendation of the Disciplinary Board dated September 28, 2000, it is hereby

ORDERED that Peter Jacob Belott, Jr., is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., until further definitive action by this Court. It is further ORDERED that respondent shall comply with the provisions of Rule 217, Pa.R.D.E.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.